# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 MAR 18 PM 1: 15

CLERK _Markowski_
SO. DIS T OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MICHAEL R. WOMBLE,           )
                             )
        Plaintiff,           )
                             )
    v.                       )       CV 315-059
                             )
BRAD HOOKS, Warden; STATE    )
OF GEORGIA; DEPARTMENT OF    )
CORRECTIONS; DR. AJIBADE;    )
CHERIE PRICE, Deputy Warden of )
Care and Treatment; DR. SHARON )
LEWIS, Medical Director of GDC, )
in their Individual and Official Capacities, )
                             )
        Defendants.          )

------

## ORDER

------

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. In lieu of objections, Plaintiff filed a motion to dismiss, seeking dismissal of the above-captioned case without prejudice. (Doc. no. 12.)

When Plaintiff first filed his lawsuit he was cautioned that, pursuant to the Prison Litigation Reform Act, "a prisoner cannot bring a new civil action . . . *in forma pauperis* if the prisoner has on three or more prior occasions, while incarcerated, brought a civil action or appeal in federal court that was dismissed because it was frivolous, malicious, or failed to state a claim upon which relief may be granted." (Doc. no. 3, pp. 2-3). Because of these

requirements, Plaintiff was given an opportunity at that time to voluntarily dismiss his complaint pursuant to Fed. R. Civ. P. 41(a)(1) and not be subjected to a "strike" under 28 U.S.C. § 1915(g). (Id. at 3.)

Plaintiff chose to proceed with his case. The Magistrate Judge reviewed Plaintiff's complaint in conformity with the *in forma pauperis* statute and recommended that Plaintiff's complaint be dismissed for failure to state a claim upon which relief can be granted. (Doc. no. 9.) Plaintiff cannot now avoid a strike by voluntarily dismissing his case. As a result, Plaintiff's motion to voluntarily dismiss his case is **DENIED**. (Doc. no. 12.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this _16th_ day of March, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

2