# United States District Court
## *Southern District of Georgia*

MICHAEL R. WOMBLE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV315-059

BRAD HOOKS, Warden; STATE OF GEORGIA;
DEPARTMENT OF CORRECTIONS; DR. AJIBADE;
CHERIE PRICE, Deputy Warden of Care and Treatment;
DR. SHARON LEWIS, Medical Director of GDC, in their
individual and Official Capacities,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on March 18, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Complaint is DISMISSED and this case is CLOSED.

March 18, 2016
*Date*



Scott L. Poff
*Clerk*

*(By) Deputy Clerk*